No. 98–8570. SHADEED v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 98–8576. LUANHASA v. BATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8578. COOPER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8579. XIN HANG CHEN v. RAZ ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–8580. BARNES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–8581. BRANCATO v. WHOLESALE TOOL CO., INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–8583. COLEMAN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–8584. DAY, AKA ALFORD v. GILMORE ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8590. McLITTLE v. O'BRIEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–8592. BRINLEE v. WARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–8602. MILLENDER v. TACO BELL CORP. C. A. 11th Cir. Certiorari denied.

No. 98–8606. CLOUD v. WEBB. C. A. 5th Cir. Certiorari denied.

No. 98–8607. COTNER v. HARGETT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–8608. CHIPMAN v. GUNDY, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–8610. SMITH v. BROWN ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8618. McLAUGHLIN v. WEATHERS ET AL. C. A. 6th Cir. Certiorari denied.